**FILED**

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0138

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0138

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RAVEN SKYE PIERRE,

     Defendant and Appellant.

                             O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Deborah Kim Christopher, District Judge.

                           For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2020